**MEMO ENDORSED**

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

# Mars Khaimov Law, PLLC

<u>VIA ECF</u>
Judge Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 19, 2023

Re:    *1:23-cv-07617-VEC Jones v. Fontana Sports Specialties, Inc.*

<u>Status Letter and Request for Adjournment</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2023

Dear Judge Caproni:

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference currently scheduled for December 29th, 2023. Counsel has been unsuccessful thus far in attempts to communicate with Defendant and requests a 30-day adjournment for Defendant to appear. We will continue to contact Defendant informally, and if they fail to appear by the next date, will file for default. Plaintiff proposes to reschedule the conference for February 2nd, 2024, or a date convenient to the Court. This is the first time relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Application DENIED. The Initial Pretrial Conference scheduled for **December 29, 2023** is adjourned sine die. Defendant's deadline to respond to the complaint remains **December 29, 2023**. If Defendant fails to respond to the Complaint by that date, Plaintiff's deadline to move for an order to show cause why default judgment should not be entered is **January 12, 2024**. Plaintiff is directed to serve a copy of this Endorsement on Defendant and file proof of service on the docket no later than **December 21, 2023**.

SO ORDERED.

12/19/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE